Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
 910 Main St. Suite 358C
Boise, ID 83702
P: 314-322-7639
F: 208-429-8233
Email: barkley@barkleysmithlaw.com

Ryan Ballard, ISBN 9017
Ballard Law, PLLC
P.O. Box 38
Rexburg, ID 83440
P: (208) 359-5532
F: (208) 485-8528
Email: ryanballardlaw@gmail.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| AMANDA J. WHITE,<br><br>    Plaintiff,<br>  vs.<br><br>ADVANCED CALL CENTER TECHNOLOGIES, LLC<br>    Defendant. | Case No. 16-CV-169<br><br>**COMPLAINT**<br><br><br><br>DEMAND FOR JURY TRIAL |

COMES NOW, Plaintiff Amanda White, by and through her counsel of record, Barkley B. Smith of Barkley Smith Law, PLLC and Ryan A. Ballard of Ballard Law, PLLC, and allege her causes of action against Defendant as follows:

## INTRODUCTION

1. This is an action for damages brought by an individual consumer for violations of the Fair Debt Collections Practices Act, 15 USC § 1692 *et. Seq.* ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2. Plaintiff demands a jury trial on all issues so triable.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 15 USC § 1692k (d) because the illicit collection activity was directed at Plaintiff in Canyon County, Idaho.

4. Venue is proper in this district under 28 U.S.C. § 1391(b).

## PARTIES

5. Plaintiff is a natural person currently residing in Canyon County, Idaho.

6. Plaintiff is a "consumer" within the meaning of the FDCPA, 15 U.S.C. § 1692a(3).

7. The debt Ms. White owes arises out of a personal, family, or household transaction(s).

8. Specifically, Ms. White believes the debt is the result of a credit card bill from Synchrony Bank.

9. Advanced Call Center Technologies, LLC is a Georgia corporation in the business of collecting debts, with its corporate address as 1235 Westlakes Dr., STE 160, Berwyn, PA 19312. Plaintiff's registered agent in Idaho is C.T. Corporations System with an Idaho address listed as 921 S. Orchard St. STE G, Boise, ID 83705.

10. Defendant is engages in the collection of debts from consumers using the mail and telephone. Defendant is a "debt collector" as defined by FDCPA, 15 U.S.C. § 1692a(6).

## GENERAL ALLEGATIONS

11. Defendant's collection activity of which Plaintiff complains occurred within the previous twelve (12) months.

12. Defendant's collection activity consisted of telephone calls to Plaintiff's cell phone.

13. On October 26, 2015 Advanced Call Center Technologies, LLC placed a phone call to Ms. White at 7:05 a.m..

14. On October 28, 2015 Advanced Call Center Technologies, LLC placed a phone call to Ms. White at 7:10 a.m..

15. On October 30, 2015 Advanced Call center Technologies, LLC placed a phone call to Ms. White at 7:47 a.m..

## COUNT I: VIOLATION OF THE FDCPA

16. Plaintiff re-alleges and incorporates by reference all of the above paragraphs.

17. Advanced Call Center Technologies, LLC placed several phone calls to Ms. White before 8:00 a.m..

18. Defendant's conduct is in direct violation of 15 U.S.C. § 1692c(a)(1) which states without prior consent, a debt collector may not communicate with a consumer in the connection with the collection of any debt at a time which should be known to be inconvenient to the consumer. 15 U.S.C. § 1692c(a)(1) further states "a debt collector shall assume that the convenient time for communicating with a consumer is after 8 o'clock antemeridian and before 9 o'clock postmeridian, local time at the consumer's location".

**WHEREFORE,** Plaintiff respectfully requests that judgment be entered against Defendant as follows:

A. Judgment that Defendant's conduct violated the FDCPA;

B.       Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

C.       Statutory damages of $1,000.00 pusuant to 15 U.S.C. 1692k(a)(2)(A);

D.       Reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3);

E.       Release of the alleged debt.

Respectfully submitted by,

/s/ Barkley B. Smith_____

BARKLEY B. SMITH
Barkley Smith Law, PLLC