UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| AMANDA J. WHITE,<br><br>                    Plaintiff,<br><br>v.<br><br>ADVANCED CALL CENTER<br>TECHNOLOGIES, LLC,<br><br>                    Defendant. | Case No. 1:16-cv-00169-CWD<br><br>**JUDGMENT** |

The parties having filed a Stipulation of Dismissal, and good cause appearing therefor,  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation of Dismissal (Dkt. 27) is APPROVED, and that this case is **DISMISSED WITH PREJUDICE** and with each party to bear its own attorney fees and costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk close this case.

DATED: January 11, 2017

_____
Honorable Candy W. Dale
United States Magistrate Judge

**JUDGMENT - 1**